AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>U.S. Postal Service Express Mail parcel bearing label no. EI149221331US addressed to Ronelle Boyer, 86112 Miller Station Rd. Hopedale, OH 43976 bearing return address of Samantha Barnes, 221 Satellite Blvd. Daluth, GA 30044 | Case No. 2:21.mj.736 |

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Express Mail parcel bearing label no. EI149221331US addressed to Ronelle Boyer, 86112 Miller Station Rd. Hopedale, OH 43976 bearing return address of Samantha Barnes, 221 Satellite Blvd. Daluth, GA 30044

located in the  Southern  District of  Ohio , there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |
| Title 21 USC 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector BRYON GREEN

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

*Applicant's signature*
BRYON GREEN, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
FACETIME AUDIO/VIDEO
*(specify reliable electronic means)*

Date: November 15, 2021

*Judge's signature*

City and state: Columbus, Ohio    Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVSION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>U.S. Postal Service Priority Express Mail parcel bearing label no. EI149221331US addressed to Ronelle Boyer, 86112 Miller Station Rd. Hopedale, Ohio bearing a return address of Samantha Barnes, 221 Satellite Blvd. Duluth, GA 30044 | Case No. _____<br><br>Elizabeth A. Preston Deavers,<br>U.S. MAGISTRATE JUDGE |

## Affidavit in Support of Application for Search Warrant

I, BRYON GREEN, DO HEREBY DEPOSE AND SAY:

1. I am a United States Postal Inspector and have been so employed since October 2006, presently assigned at Cleveland, Ohio to investigate Prohibited Mailing offenses. I have received training in the detection and investigation of prohibited mailing offenses. I have worked U.S. Postal Service related investigations for approximately 15 years, during which time I have been the case agent for investigations leading to prosecution in U. S. District Court, as well as state courts.

2. I know from my training and experience the U.S. Mail is often used by drug traffickers to transport controlled substances as well as U.S. currency derived from their illicit activities, either as proceeds and/or payment. I know from my training and experience the Priority Mail Express system is commonly used to transport controlled substances and associated currency because Priority Mail Express provides traceability, reliability, and timely delivery. The guaranteed delivery timeframe of Priority Express Mail places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

3. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail Express network. Inspectors routinely review shipment documents and Priority Mail Express packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

4. On October 28, 2021, Postal Inspectors were notified by employees at the Smithfield, Ohio Post Office that Luke Boyer had opened PO Box 272 at the Smithfield, Ohio Post Office and received multiple Overnight/Express Mail parcels listing various sender names from Duluth, Georgia.

5. On October 28, 2021, your Affiant interdicted Express parcel bearing label no. EJ921613122US addressed to Luke, P.O. Box 272, Smithfield, OH 43948 bearing a return address of R. Johnson, 2200 Satelite Blvd. Duluth, GA 30097. Your Affiant obtained and executed federal search warrant 2:21-MJ-714 on Express parcel bearing label no. EJ921613122US resulting in the recovery of approximately 40 suspected fentanyl M30 pressed pills. Lab results pending.

6. On October 30, 2021, your Affiant was contacted by employees at the Smithfield, Ohio Post Office and advised Luke Boyer picked up Express Mail parcel EI101495725US from the Hopedale, Ohio Post Office which was addressed to 86112 Miller Station Rd. Hopedale, OH 43976. Your Affiant reviewed Express Mail parcel EI101495725US label and identified the sender listed the same return address of 2200 Satelite Blvd. Duluth, GA 30094 as the seized parcel described above. Your Affiant was advised by Postal Management that 86112 Miller Station Rd. Hopedale, OH 43976 is Luke Boyer's parent's residence. Postal Management advised Luke Boyer picks up parcels addressed to his parent's residence directly from the Post Office so his parents do not get them.

7. On November 13, 2021, your Affiant interdicted Express Mail parcel EI149221331US from the Hopedale, Ohio Post Office which was addressed to Ronelle Boyer, 86112 Miller Station Rd. Hopedale, OH 43976 bearing return address of Samantha Barnes, 221 Satellite Blvd. Duluth, GA 30044. Express Mail parcel EI149221331US is further described as a white Express Mail envelope containing a box inside, weighing approximately 2 ounces. The subject parcel was mailed on November 12, 2021, from the Duluth, GA 30096 Post Office, and bore $28.80 U.S. Currency paid postage.

8. The subject parcel did not require a signature for delivery. Signature waivers are commonly used on drug parcels so the intended recipients do not have to have contact with the delivery employee and/or law enforcement should the parcel be seized.

9. Your affiant ran the subject parcel label names and addresses in CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information and was unable to associate Ronelle Boyer at 86112 Miller Station Rd. Hopedale, OH 43976 or Samantha Barnes at 221 Satellite Blvd. Duluth, GA 30044 in Clear.

3

10. Your Affiant knows based on his training and experience, that individuals using the U. S. Mails for the purpose of transporting controlled substances will often place fictitious address and/or name information, different variations of their names, names of deceased individuals, or no names at all on these parcels to conceal their true identities from law enforcement should the parcel be seized.

11. Your Affiant knows based on training and experience that Georgia is a common origination area for controlled substances sent through the U.S. Mail with the Northern Ohio area being a common destination point for controlled substances sent through the U.S. Mail.

12. Your Affiant knows from training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, for which narcotic-sniffing canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

13. On November 15, 2021, the subject parcels were subjected to "Ciga", a narcotic detection canine handled by Detective M. Twombly of the Cuyahoga County Sheriff's Department, at the Postal Inspection Service Cleveland Field Office. Ciga gave a positive alert on the subject parcel. According to Detective Twombly, this positive alert meant Ciga detected the odor of an illegal drug emanating from the parcels.

14. Detective Twombly has been State Certified as a Narcotics Canine handler and he and narcotics canine Ciga have worked together since 2013. Detective Twombly and canine Ciga were both certified in October 2021 by the Ohio Peace Officers Training Academy (OPOTA) and the North American Police Work Dog Association (NAPWDA) in October 2019. Detective Twombly and canine Ciga have both completed 80 hours of a state-certified training program at Shallow Creek Kennels in Sharpsville, Pennsylvania under Certified Trainer John Brannon of the NAAPWDA, a nationally organized police work dog association that provides training for dogs and handlers. During this time, Ciga was trained and certified to alert to the presence of the odors from marijuana, cocaine, heroin, MDEA (methlyenedioxyethlamphamine), methamphetamine ("crystal meth"), and/or their derivatives. Detective Twombly has been trained how to handle a detector K-9 and read his alerts. According to Detective Twombly, Ciga is a reliable K-9 assist unit.

4

15. Based on the information contained herein, your affiant maintains there is probable cause to believe that U.S. Postal Service Express Mail parcel bearing label no. EI149221331US addressed to Ronelle Boyer, 86112 Miller Station Rd. Hopedale, OH 43976 bearing return address of Samantha Barnes, 221 Satellite Blvd. Duluth, GA 30044. Express Mail parcel EI149221331US contains controlled substances, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

Bryon Green
United States Postal Inspector

On November 15, 2021 this affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1 (b)(2)(A), by telephone after a document was transmitted by email, per Crim R. 4.1.

Elizabeth A. Preston Deavers,
U.S. MAGISTRATE JUDGE