UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS | CASE NO. 2:21-mj-00736<br><br>MAGISTRATE JUDGE DEAVERS |

## MOTION TO UNSEAL SEARCH WARRANT

Now comes the United States of America, by and through the undersigned counsel, and respectfully requests that the search warrant, the case, and any accompanying filings in the above-related matter be unsealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Sheila G. Lafferty
SHEILA G. LAFFERTY (0042554)
Assistant United States Attorney
303 Marconi Blvd., Ste. 200
Columbus, Ohio 43215
(614) 469-5715
Email: sheila.lafferty@usdoj.gov